# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY R. JOSEPH, | : | Civil No. 1:23-CV-0061 |
| Petitioner, | : | |
| v. | : | |
| TIM BETTI, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 8th day of July, 2024, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The Clerk of Court will amend the cause of action identified on the docket from "28:2254 State Petition for Writ of Habeas Corpus (IMMIGRATION)" to "28:2241 Petition for Writ of Habeas Corpus (IMMIGRATION)."

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, Doc. 1, is **DISMISSED** without prejudice.

3. The motion for summary judgment, Doc. 17, is **DENIED** as moot.

4. The Clerk of Court shall **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania